IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:05CR272 |
| ) | |
| ALAN J. ERICKSON, ) | **SCHEDULING ORDER** |
| ) | |
| Defendant. ) | |

    IT IS ORDERED that the following is set for hearing on **November 2, 2005** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Motion to Dismiss for Outrageous Government Conduct [15] and Motion
      to Dismiss for Lack of Knowledge [18] filed by the defendant

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 5th day of October, 2005.

                                  BY THE COURT:

                                  s/ F.A. Gossett
                                  United States Magistrate Judge