IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR272 |
| | ) | |
| ALAN J. ERICKSON, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Before the court is the  Motion to Continue Hearing on Defendant's Motions [27]. Good cause being shown, the motion will be granted, and the previously scheduled evidentiary hearing will be rescheduled.

IT IS ORDERED:

1.    That the Motion to Continue Hearing on Defendant's Motions [27] is granted; and

2.    That the evidentiary hearing on the Motion to Dismiss for Outrageous Government Conduct [15] and Motion to Dismiss for Lack of Knowledge [18] filed by the defendant is continued to **March 21, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 20th day of January, 2006.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge